62264. REGENS v. THE STATE.

SOGNIER, Judge.
Affirmed in accordance with Court of Appeals Rule 36.
*Judgment affirmed. Shulman, P. J., and Birdsong, J., concur.*

DECIDED OCTOBER 1, 1981 —
REHEARING DENIED OCTOBER 22, 1981— 

*Denny C. Galis,* for appellant.
*Harry Gordon, District Attorney, Robert N. Elkins, Assistant District Attorney,* for appellee.

ON MOTION FOR REHEARING.

Our previous ruling is affirmed. We find no alternative, as we are bound by the decisions of this court in *Haire v. Branch,* 129 Ga. App. 164, 165 (199 SE2d 127) (1973) and *Zimmerman v. Zimmerman,* 131 Ga. App. 567, 568 (206 SE2d 583) (1974).

*Motion for rehearing denied.*